# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| IMPERIUM (IP) HOLDINGS, INC. § | |
| § | |
| v. § | Case No. 4:11-CV-163 |
| § | Judge Schneider/Judge Mazzant |
| APPLE INC., ET. AL. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636.  On January 20, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Apple Inc.'s Motion to Sever Pursuant to Rules 20 and 21 and to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (Dkt. No. 103) be denied.

The Court, having made a *de novo* review of Apple Inc.'s objections, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit.  Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that Defendant Apple Inc.'s Motion to Sever Pursuant to Rules 20 and 21 and to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (Dkt. No. 103) is **DENIED.**

**It is SO ORDERED.**

**SIGNED this 13th day of February, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE