IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IMPERIUM IP HOLDINGS (CAYMAN), INC., | § § § | |
| Plaintiff, | § | Civil Action No. 4:11-cv-163 |
| v. | § § | JUDGE CLARK |
| APPLE, INC. *et al*, | § § § | |
| Defendants. | § | |

**ORDER OF DISMISSAL AS TO REMAINING DEFENDANTS AND CLOSING CASE**

Before the court are: (1) Plaintiff Imperium IP Holdings (Cayman), Ltd. and Defendant Research in Motion Corporation's[1] Joint Motion to Dismiss [Doc. # 535]; and (2) Plaintiff Imperium IP Holdings (Cayman), Ltd. and Defendant Motorola Mobility, Inc.'s Joint Motion to Dismiss [Doc. # 536]. The court is of the opinion that both motions should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff Imperium IP Holdings (Cayman), Ltd.'s claims against Defendant Research in Motion Corporation, as well as RIM's counterclaims against Imperium, are DISMISSED WITH PREJUDICE pursuant to the parties' confidential License and Settlement Agreement. Each party shall bear their own attorney fees, costs, and expenses.

IT IS FURTHER ORDERED that Plaintiff Imperium IP Holdings (Cayman), Ltd.'s claims against Defendant Motorola Mobility, Inc. are DISMISSED WITH PREJUDICE. Motorola's

---

[1] According to the motion to dismiss, the corporate name of Defendant Research In Motion Corporation is now Blackberry Corporation.

counterclaims against Imperium are DISMISSED WITHOUT PREJUDICE. All attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

As all Defendants have now been dismissed, the Clerk is directed to close this case.

So **ORDERED** and **SIGNED** this **22** day of **July, 2013.**

_____
Ron Clark, United States District Judge